```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
   TERRELL K. BROCK,
               Plaintiff,

v.
                                        **ORDER**

CVS CORPORATION; MANAGER LEO;
CITY OF WHITE PLAINS; and JOHN DOE      22 CV 4014 (VB)
WP PD OFFICERS,
               Defendants.
--------------------------------------------------------------x

      Plaintiff, who is incarcerated and proceeding pro se and in forma pauperis, commenced this action on May 16, 2022. (Doc. #2).

      The Court issued an Order of Service on May 20, 2022, directing the City of White Plains Law Department to identify the police officers who arrested plaintiff on April 3, 2020, and April 13, 2020. (Doc. #6). The Court further directed plaintiff to file an amended complaint within thirty days of receiving the names of these officers. (Id.).

      No defendant has appeared in the case, and the City of White Plains Law Department has not yet responded to the Court's order to identify the arresting officers.

      The Court received an amended complaint from plaintiff on June 7, 2022. (Doc. #9).

      After defendants appear in the case, and within thirty days of receiving the names of the arresting officers from the City of White Plains Law Department, plaintiff shall file a second amended complaint listing the names of the arresting officers. No action is required by plaintiff at this time.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: June 8, 2022
       White Plains, NY

                                              SO ORDERED:

                                              _____
                                              Vincent L. Briccetti
                                              United States District Judge