```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TERRELL K. BROCK,
             Plaintiff,

v.

CVS CORPORATION; MANAGER LEO;
CITY OF WHITE PLAINS; and JOHN DOE
WP PD OFFICERS,
             Defendants.
-----------------------------------------------------------x

**ORDER**

22 CV 4014 (VB)

     Plaintiff, who is incarcerated and proceeding pro se and in forma pauperis, moves for appointment of counsel. (Doc. #10).

     The motion is DENIED WITHOUT PREJUDICE to renewal.

     The Court has considered the type and complexity of this case, the merits of plaintiff's claims, and plaintiff's ability to present the case. The Court, in its discretion, does not find exceptional circumstances in plaintiff's case warranting the appointment of counsel at this time. See 28 U.S.C. § 1915(e)(1); Cooper v. A. Sargenti Co., 877 F.2d 170, 172 (2d Cir. 1989). Accordingly, plaintiff's request is DENIED WITHOUT PREJUDICE for renewal at an appropriate time in the future.

     The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

     Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: June 8, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge