UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

TERRELL K. BROCK,                                 :
                          Plaintiff,              :

v.                                                :

                                                  :
CVS CORPORATION; LEONORDO                         :
CORONADO; ASHLEY KAMACHO; CITY                    :
OF WHITE PLAINS; JOHN LUIS FORMOSO;               :
and JOHN DOE WP PD OFFICER,                       :
                          Defendants.             :
--------------------------------------------------------------x

**SECOND AMENDED ORDER
OF SERVICE**

22 CV 4014 (VB)

        Plaintiff, who is proceeding pro se and in forma pauperis, commenced this action by filing a complaint. (Doc. #2).

        Because plaintiff is proceeding in forma pauperis, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. On July 18, 2022, the U.S. Marshals Service attempted service on defendant CVS Corporation at 19 City Place, White Plains, New York 10601. (Doc. #19). However, the service receipt indicates there is no longer a CVS location there. (Id.).

        On July 19, 2022, the Court received a second amended complaint from plaintiff with an updated address for CVS Corporation, that is, at 24 Mamaroneck Avenue, White Plains, New York 10601. (Doc. #17).

        Thus, the Clerk is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285") for CVS Corporation, 24 Mamaroneck Avenue, White Plains, New York 10601, and further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon this defendant.

        Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: July 21, 2022
       White Plains, NY

                                        SO ORDERED:


                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge