UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRELL K. BROCK,  :
           Plaintiff,  :
v.  :
  :  **THIRD AMENDED ORDER OF SERVICE**
CVS CORPORATION; LEONORDO  :
CORONADO; ASHLEY KAMACHO; CITY  :  22 CV 4014 (VB)
OF WHITE PLAINS; JOHN LUIS FORMOSO;  :
and JOHN DOE WP PD OFFICER,  :
           Defendants.  :
--------------------------------------------------------------x

    Plaintiff, who is proceeding pro se and in forma pauperis, commenced this action by filing a complaint. (Doc. #2). In his second amended complaint, he asserts claims against six defendants, including an unidentified White Plains Police Department officer. (Doc. #17).

    On July 25, 2022, the Court received a letter from plaintiff identifying the White Plains Police Department officer defendant as P.O. C. Browning, No. #30/2036. (Doc. #25).

    Thus, the Clerk is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285") for P.O. C. Browning, No. #30/2036, White Plains Police Department, 77 South Lexington Avenue, White Plains, New York 10601, and further instructed to issue summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon this defendant.

    The Clerk is further instructed to substitute P.O. C. Browning as defendant for John Doe WP PD Officer.

    Chambers will mail a copy of this Order to plaintiff at the address listed on the docket, as well as to the City of White Plains Law Department at 255 Main Street, White Plains, New York 10601.

Dated: July 26, 2022
       White Plains, NY

                                            SO ORDERED:

                                            Vincent L. Briccetti
                                            United States District Judge