UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRELL K. BROCK,  :
             Plaintiff,  :
v.  :
     :  **ORDER**
CVS CORPORATION; LEONARDO  :
CORONADO; ASHLEY CAMACHO; CITY OF  :  22 CV 4014 (VB)
WHITE PLAINS; JOSE LUIS FORMOSO; and  :
P.O. C. BROWNING,  :
             Defendants.  :
--------------------------------------------------------------x



    Plaintiff, who is proceeding pro se and in forma pauperis, commenced this action by filing a complaint. (Doc. #2). In his second amended complaint, he asserts claims against six defendants. (Doc. #17).

    Because plaintiff is proceeding in forma pauperis, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. To date, all defendants except White Plains Police Officer Jose Luis Formoso have been served. On August 25, 2022, the U.S. Marshals Service attempted service on Officer Formoso at the White Plains Police Department, 77 South Lexington Avenue, White Plains, New York 10601. (Doc. #33). However, the service receipt indicates that Officer Formoso does not work at the White Plains Police Department. (Id.).

    On May 20, 2022, the Court issued an Order of Service directing the City of White Plains Law Department to identify the police officers who arrested plaintiff on April 3, 2020, and April 13, 2020, pursuant to Valentin v. Dinkens, 121 F.3d 72, 76 (2d Cir. 1997). (Doc. #6). That Order was mailed to the Law Department. (Id.) **To date, the Law Department has not responded to the Court's May 20 Order to identify the arresting officers.** This is true notwithstanding the fact that the Law Department accepted service of process on behalf of the City on July 18, 2022 (Doc. #18), and has also been served with the second amended complaint as well as various Orders issued by the Court in this case (Docs. #21, 26).

    By **November 16, 2022**, the City of White Plains Law Department shall (i) ascertain whether Officer Formoso was involved in the events described in the second amended complaint, (ii) identify any other White Plains police officers who are referred to in the second amended complaint, including those officers who arrested plaintiff on April 3, 2020, and April 13, 2020, and (iii) provide the foregoing information by letter to the Court and plaintiff. Upon receipt of this information, the Court will issue a further appropriate Order.

    Plaintiff's deadline pursuant to Fed. R. Civ. P. 4(m) to serve Officer Formoso is sua sponte extended to **January 17, 2023**.

    The time for all defendants to answer, move, or otherwise respond to the second amended complaint is STAYED pending further Court Order.

1

      Chambers will mail a copy of this Order to plaintiff at the address listed on the docket, and to the City of White Plains Law Department at 255 Main Street, White Plains, New York 10601.

Dated: November 2, 2022
      White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge