Copies Mailed/Faxed 3/17/23
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRELL K. BROCK,
                Plaintiff,

v.

CVS CORPORATION; LEONARDO
CORONADO; ASHLEY CAMACHO; CITY OF
WHITE PLAINS; JOSE LUIS FORMOSO;
P.O. C. BROWNING; P.O. SCHNEIDER;
P.O. BEALL; P.O. VANDERWALKER;
P.O. LEVITO; P.O. GLYNN; P.O. DIPATERIO;
and P.O. HORGAN,
                Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 4014 (VB)

3/17/23

By letter dated February 9, 2023, plaintiff, who is proceeding pro se, informed the Court that he would be released from Orleans Correctional Facility on March 16, 2023, and provided his new address. (Doc. #63).

Accordingly, the Clerk is instructed to update plaintiff's address on the docket to reflect the address below:

    Terrell Brock
    100 Manhattan Avenue #2J
    White Plains, New York 10603

Chambers will mail a copy of this Order to plaintiff at the address listed above.

Dated: March 17, 2023
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge