UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRELL K. BROCK,
               Plaintiff,

v.

CVS CORPORATION; LEONARDO
CORONADO; ASHLEY CAMACHO; CITY OF
WHITE PLAINS; JOSE LUIS FORMOSO; P.O.
C. BROWNING; P.O. SCHNEIDER; P.O.
BEALL; P.O. VANDERWALKER; P.O.
LEVITO; P.O. GLYNN; P.O. DIPATERIO; and
P.O. HORGAN,
               Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 4014 (VB)

      On May 9, 2023, counsel for CVS Corporation, Leonardo Coronado, and Ashley Camacho (together, the "CVS Defendants") filed an answer to the fourth amended complaint and an affidavit of service indicating service on plaintiff, who is proceeding pro se and in forma pauperis, at Orleans Correctional Facility. (Doc. #74).

      On May 10, 2023, counsel for the CVS Defendants filed an amended answer to the fourth amended complaint and an affidavit of service indicating service on plaintiff at Orleans Correctional Facility. (Doc. #76).

      As indicated on the docket, plaintiff is no longer located at Orleans Correctional Facility.

      Accordingly, by **May 12, 2023**, counsel for the CVS Defendants is directed to (i) serve the answer to the fourth amended complaint (Doc. #74) and the amended answer to the fourth amended complaint (Doc. #76) on plaintiff at the address on the docket; and (ii) file proof of service on the docket.

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: May 11, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge