UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRELL K. BROCK,
             Plaintiff,

v.

CVS CORPORATION, ET AL.,
             Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 4014 (VB)

6/14/23
Copies Mailed/Faxed 6/14/23
Chambers of Vincent L. Briccetti

    As discussed at the initial conference held on the record today, at which counsel for the White Plains Defendants appeared in person, and at which plaintiff, proceeding pro se and in forma pauperis, and counsel for the CVS Defendants failed to appear without excuse or explanation, it is HEREBY ORDERED:

    1.    The initial conference is re-scheduled for **July 11, 2023, at 2:30 p.m.**, at the White Plains courthouse, Courtroom 620.

    2.    **By June 28, 2023, plaintiff and counsel for the CVS Defendants are ordered to explain in writing why they failed to appear at today's conference.**

    3.    If plaintiff is unable to appear at the conference on July 11, 2023, at 2:30 p.m., he must submit a request in writing to the Court by no later than July 5, 2023, for an adjournment of the date and/or time.

    4.    Plaintiff shall advise the Court of any change of address in writing.

    5.    **If plaintiff fails to comply with this Order and fails to appear at the conference scheduled for July 11, 2023, the Court may deem his failure to be an abandonment of the case and may dismiss the case for failure to prosecute and comply with Court Orders. Fed. R. Civ. P. 41(b).**

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.

Dated: June 14, 2023
     White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge