Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

TERRELL K. BROCK,
        Plaintiff,

v.

CVS CORPORATION, ET AL.,
        Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 4014 (VB)

     Today, the Court held a conference on the record, at which plaintiff, proceeding pro se and in forma pauperis, and counsel for the White Plains Defendants and counsel for the CVS Defendants appeared. The Court also entered a Civil Case Discovery Plan and Scheduling Order. (Doc. #96).

     At the conference, the Court provided plaintiff with the Discovery Guide for Pro Se Litigants, information regarding the New York Legal Assistance Group's Clinic for Pro Se Litigants, and the Civil Case Discovery Plan and Scheduling Order.

     Further, plaintiff informed the Court that he does not live at the address provided on the docket. Plaintiff advised the Court that his current address is: 68 Lent Street, Apt. 1, Poughkeepsie, NY 12601. Accordingly, the Clerk is directed to update plaintiff's address on the docket. Plaintiff is reminded that it is his responsibility to advise the Court of any changes in address.

     Plaintiff has previously failed to comply with Court Orders. (See Docs. ##83, 95). **If plaintiff fails to do so again, the Court will deem his failure to be an abandonment of the case and will dismiss the case for failure to prosecute and comply with Court Orders.** See Fed. R. Civ. P. 41(b).

     Chambers will mail a copy of this Order to plaintiff at the address listed above.

Dated: August 9, 2023
      White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge

1