UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TERRELL K. BROCK, :
              Plaintiff, :
               :      **ORDER**
v. :
               :      22 CV 4014 (VB)
CVS CORPORATION, ET AL., :
              Defendants. :
--------------------------------------------------------------x

      By email dated September 22, 2023, plaintiff has advised the Court that his current mailing address is: 68 Lent Street, Apartment 1, c/o Jerry Comeau, Poughkeepsie, New York 12601.

      The Clerk is instructed to update plaintiff's address on the docket accordingly.

Dated: September 26, 2023
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge