UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TERRELL K. BROCK,                          :
                        Plaintiff,         :
                                           :      **ORDER**              2/20/24
v.                                         :
                                           :      22 CV 4014 (VB)
CVS CORPORATION, et al.,                   :                  Copies Mailed/Faxed 2/20/24
                        Defendants.        :                  Chambers of Vincent L. Briccetti
------------------------------------------------------------x

      As discussed at a conference held on the record today, at which counsel for all defendants appeared but plaintiff, proceeding pro se and in forma pauperis, failed to appear without excuse or explanation, it is HEREBY ORDERED:

      1.    By **March 20, 2024**, defendants shall file their motions for summary judgment.

      2.    By **April 22, 2024**, plaintiff shall file a single opposition to defendants' motions for summary judgment.

      3.    By **May 6, 2024**, defendants shall file replies, if any, in support of their motions for summary judgment.

      4.    Plaintiff is reminded of his obligation to update the Court in writing of any changes to his address.

      5.    Plaintiff has failed to appear for scheduled Court conferences on previous occasions.  (See Docs. ##83, 95).  If plaintiff is directed to appear in Court for any future conference, he must do so.  **If plaintiff fails to appear for a scheduled conference without excuse or explanation again, the Court may deem his failure to be an abandonment of this case and may dismiss it for failure to prosecute and failure to comply with Court Orders. See Fed. R. Civ. P. 41(b).**

Dated: February 20, 2024
      White Plains, NY

            SO ORDERED:

            _____
            Vincent L. Briccetti
            United States District Judge