**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TERRELL K. BROCK,

                      Plaintiff,

  -against-                                22 **CIVIL** 4014 (VB)

                                                                   **JUDGMENT**

CVS CORPORATION; ASHLEY CAMACHO,
CVS Employee; LEONARDO CORONADO,
CVS Manager; CITY OF WHITE PLAINS; P.O.
JOSE LUIS FORMOSO; P.O. C. BROWNING;
P.O. SCHNEIDER; P.O. BEALL; P.O. LEVITO;
P.O. GLYNN; P.O. DIPATERIO; P.O. HORGAN;
and P.O. VANDERWALKER,

                      Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 26, 2024, Defendants' motions for summary judgment are GRANTED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:** New York, New York

      August 27, 2024

                                                    **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**
                                **BY:**     *K. Mango*
                                                    **Deputy Clerk**